UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| West Group,<br><br>Plaintiff,<br><br>vs.<br><br>City of Baltimore,<br><br>Defendant. | **Civil No. 02-772 (RHK/JMM)**<br><br>**STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD** AND ORDER |

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree that defendant may and shall have until Monday, April 29, 2002, to answer, move or otherwise plead in response to plaintiff's Complaint in the above-captioned action.

SO AGREED.

Dated: April 17, 2002

FAEGRE & BENSON LLP

James L. Volling

James L. Volling, # 113128
Jason K. Walbourn, # 297604
Jesseca R.F. Grassley, # 297329

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

APR 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dan Friedman
Justin J. King
Baltimore City Department of Law
City Hall, Lower Level, Room 81
100 Holliday Street
Baltimore, MD 21202
Telephone: (410) 396-3659
Facsimile: (410) 547-1025

Attorneys for Defendant the Mayor and City Council of Baltimore

Dated: April 17, 2002

HELLMUTH & JOHNSON, PLLC

John K. Rossman, #244831

10400 Viking Drive
Suite 560
Eden Prairie, MN 55344
Telephone: (952) 941-4005
Facsimile: (952) 941-2337

Attorneys for Plaintiff West Group

**ORDER**

IT IS SO ORDERED.

DATED: 4/19/02, 2002

BY THE COURT:

The Honorable John M. Mason
United States Magistrate Judge

M2:20456729.01