**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| West Group, Plaintiff, vs. City of Baltimore, Defendant. | Civil No. 02-772(RHK/JMM) **STIPULATION OF SETTLEMENT AND DISMISSAL AND ORDER** |

The undersigned hereby advise the Court that plaintiff's claims against the Mayor and City Council of Baltimore (the "City") in the above action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff and the City that this entire lawsuit may be, and hereby is, dismissed with prejudice, and without award of costs or fees to any party.

Dated: 7-29, 2002

HELLMUTH & JOHNSON PLLC

John K. Rossman, #244831
10400 Viking Drive
Suite 560
Eden Prairie, MN 55344
Telephone: (952) 941-4005
Facsimile: (952) 941-2337

Attorneys for Plaintiff West Group

JUL 31 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 31 2002
DEPUTY CLERK

Dated: July 23, 2002

FAEGRE & BENSON LLP

James L. Volling, # 113128
Jason K. Walbourn, # 297604
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Justin J. King
Baltimore City Department of Law
City Hall, Lower Level, Room 81
100 Holliday Street
Baltimore, MD 21202

Attorneys for Defendant City of Baltimore

**ORDER**

Pursuant to the foregoing Stipulation, **IT IS ORDERED** that the above matter is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 31, 2002

RICHARD H. KYLE
United States District Judge